## Alexander H. Revell & Company, Appellant, v. C. H. Morgan Grocery Company, Appellee.

### Gen. No. 24,057.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Dismissed. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Alexander H. Revell & Company, plaintiff, against C. H. Morgan Grocery Company, a corporation, defendant. From a judgment for defendant, plaintiff appealed and defendant made a motion to dismiss the appeal.

ERNEST KASISCHKE and EDWY LOGAN REEVES, for appellant.

ALLEN & WARD, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 21a*—*applicability of sections 92 and 93 of Practice Act as to approval of appeal bonds to.* Sections 92, 93 of the Practice Act (J. & A. ¶¶ 8629, 8630), relating

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

to the approval of appeal bonds by an order of court or by the clerk, when authorized by the court, apply to appeals from Municipal Court of Chicago as well as to other courts of record.

2. MUNICIPAL COURT OF CHICAGO, § 21a*—*when approval of appeal bond is insufficient.* An approval of an appeal bond by a trial judge of the Municipal Court of Chicago by writing his name thereon under the word "approved," and without an order of approval, is insufficient.